419 A.2d 183

Commonwealth v. Negron, Appellant.

Argued May 7, 1979.
George C. Yatron, Assistant Public Defender, for appellant;
Charles M. Guthrie, Jr., Assistant District Attorney, for
Commonwealth, appellee.

Before HOFFMAN, EAGEN and HESS, JJ.*

Appeal dismissed.

419 A.2d 184

Commonwealth v. Sauerwine, Appellant.

Submitted December 8, 1978. Donald P. Russo, Assistant
Public Defender, for appellant; Allan B. Goodman, Assist-
ant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania,
and Warren K. Hess of the Court of Common Pleas of Berks County,
Pennsylvania, are sitting by designation.